No. 99–7823. JACKSON *v.* MASSACHUSETTS. Sup. Jud. Ct. Mass. Certiorari denied.

No. 99–7836. MENDOZA *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 99–7844. COSMANO *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 99–7855. PETTIES *v.* UNITED STATES POSTAL SERVICE ET AL. C. A. 2d Cir. Certiorari denied.

No. 99–7856. ANDERSON *v.* WALKER, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 99–7864. PONDER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–7867. SIMMONS *v.* TAYLOR, SUPERINTENDENT, ALGOA CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–7883. LAWWELL *v.* OHIO. Ct. App. Ohio, Franklin County. Certiorari denied.

No. 99–7886. GARCIA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–7895. GALLOWAY *v.* CARTER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–7899. MONJARAS-CASTANEDA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–7903. JONES *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–7904. MARULANDA-VELASQUEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–7906. BEACH *v.* McCORMICK, WARDEN. C. A. 9th Cir. Certiorari denied.